**Order filed May 19, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-16-00112-CV

————————

**ROBERTA BENSON, Appellant**

**V.**

**FRED CHALK, INDIVIDUALLY, AND STEVE CHALK, INDIVIDUALLY AND AS NEXT FRIEND OF DRUCILLA HENKHAUS, Appellee**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-27959

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of Plaintiff's Exhibit 5(video).

The exhibit clerk or court reporter of the 129th District Court is directed to deliver to the Clerk of this court the original of Plaintiff's Exhibit 5(video), on or before May 22, 2017 at 12:00 p.m. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Plaintiff's Exhibit 5(video), to the clerk of the 129th District Court.

PER CURIAM